**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN EASTCOTT,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 16-904** |
| | : | |
| **MCGRAW-HILL GLOBAL** | : | |
| **EDUCATION HOLDINGS, LLC, et al.,** | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

This 22nd day of July, 2016, upon consideration of Defendants' Motion to Transfer Venue, Plaintiff's Opposition thereto, Defendants' Reply, and Defendants' Two Notices of Supplemental Authority, it is hereby **ORDERED** that Defendants' Motion is **DENIED** for the reasons stated in the foregoing Memorandum.

    <u>/s/ Gerald Austin McHugh</u>
United States District Judge